UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br>　　　　Plaintiff,<br>　v.<br>KILOLO KIJAKAZI,<br>　　　　Defendant. | Case No. 22-cv-04447-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br>Re: Dkt. No. 14 |

　　　　Plaintiff, representing himself, filed this action seeking judicial review of a decision by the Commissioner of Social Security. (Dkt. No. 1.) The Commissioner thereafter filed the now pending motion to dismiss for lack of jurisdiction. (Dkt. No. 10.) Plaintiff did not file a response to the motion to dismiss, and instead, filed a notice of appeal to the Ninth Circuit Court of Appeals indicating he was seeking review of the "scheduling order social security review action." (Dkt. No. 11 at 5.) The Ninth Circuit Court of Appeals has since dismissed the appeal for lack of jurisdiction, noting this Court has "not issued any orders that are final or appealable." (Dkt. No. 13.) On December 19, 2022, the Court ordered Plaintiff to submit a response to the Commissioner's motion to dismiss by January 9, 2023.　To date, Plaintiff has not done so and the time to do so has run.

　　　　**Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by February 3, 2023 as to why this action should not be dismissed for failure to prosecute.** *See* Fed. R. Civ. Pro. 41(b).　Failure to respond to this Order may result in the dismissal of this action without further notice.

　　　　The February 9, 2023 hearing on Defendant's motion to dismiss is VACATED pending disposition of this Order to Show Cause.

Plaintiff is reminded he can contact the Legal Help Center by calling 415-782-8982 or emailing fedpro@sfbar.org, for free assistance regarding his claims.

**IT IS SO ORDERED.**

Dated: January 13, 2023

JACQUELINE SCOTT CORLEY
United States District Judge

2